# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan (Detroit)

In re  Karena Frazier
        Debtor

Case No.  09-40571
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank National Association, as Trustee
**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account: 8660

**Uniform Claim Identifier:**

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2012

**New total payment:**
Principal, Interest, and escrow, if any: $1,271.51

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:  $470.02          New escrow payment:  $502.15

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate:  _____          New interest rate:  _____

Current principal and interest payment:  _____          New principal and interest payment:  _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment:  _____          New mortgage payment:  _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
                              (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Tim Dunn                                          Date    08/15/2012

Print:    Tim Dunn                                       Title    Mr

Company    America's Servicing Co.                       Specific Contact Information:
Address    MAC X7801-014                                 P: 800-662-3806
           3476 Stateview Blvd.                          E: NoticeOfPaymentChangeInquiries@wellsfargo.com
           Fort Mill, SC 29715

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Karena Frazier
19920 Old Homestead Drive
Harper Woods, MI 48225

Debtor's Attorney:

Jesse R. Sweeney
30555 Southfield
Suite 400
Southfield, MI 48076

Trustee:

Krispen S. Carroll
719 Griswold
1100 Dime Building
Detroit, MI 48226

/s/ Bill Taylor

Authorized Agent

0-1fe19b8f-2275-4463-a30a-de012016dda0

![ASC America's Servicing Company]

PO Box 14547
Des Moines, IA 50306-4547

**For informational purposes**

Escrow account disclosure statement
and notice of new mortgage payment

| | |
|---|---|
| Loan number: | |
| Next payment due date | August 01, 2012 |
| New payment effective date | October 01, 2012 |
| New payment amount: | $1,271.51 |
| Shortage amount: | **$329.19** |
| Principal balance: | $99,896.52 |
| Unpaid 2nd principal balance: | $29,129.91 |
| Interest rate: | 7.775% |
| Statement date: | July 17, 2012 |
| Account review period: | Jun 2010 - Sep 2012 |
| Customer service: | 1-800-842-7654 |
| Customer service hours: | Mon - Fri 8 a.m. - 6 p.m. CT |

We accept telecommunications relay service calls.

Property address:
19920 OLD HOMESTEAD DR
HARPER WOODS MI 48225-2046

KARENA FRAZIER
19920 OLD HOMESTEAD DR
HARPER WOODS MI 48225-2046

Dear KARENA FRAZIER:

Each year, we review your escrow account to make sure the escrow portion of your monthly mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your monthly mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New monthly escrow and mortgage payment amount

| New payment effective date<br>October 01, 2012[1] | Current<br>monthly payment ($) | New monthly payment ($) | |
|---|---|---|---|
| | | Option 1 | Option 2 |
| Principal and/or interest | 769.36 | 769.36 | 769.36 |
| Escrow payment | 502.41 | 496.66 | 496.66 |
| Escrow shortage/prepayment[2] | 32.39- | 0.00 | 5.49 |
| **Total payment amount** | **1,239.38** | **1,266.02** | **1,271.51** |

*1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your October 01, 2012 payment is made in full.*

*2. If your current monthly payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current monthly payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.*

The escrow disclosure indicates a shortage of $329.19. We have spread this amount over the next 60 months and included it in the new monthly payment. However, any voluntary decision to pay the shortage in full will reduce the monthly payment to $1,266.02. If you voluntarily choose to pay this shortage in full now, please detach this coupon and mail it along with the check to the address that appears on this statement.

### You may use either of the following options to restore your required account balance

| Option 1: Pay the entire shortage now | Option 2: Pay the shortage over 60 months<br>**No action required** unless you use a bill pay<br>or 3rd party payment service to pay your mortgage |
|---|---|
| Pay the entire escrow shortage amount of $329.19 using the shortage payment coupon and your new monthly mortgage payment will be $1,266.02 | Pay the escrow account shortage of $329.19 in 60 payments of $5.49 which we've included in your new monthly payment amount of $1,271.51. |

**Attention bill pay and 3rd party payment service customers**: Notify your service of the change to your mortgage payment.

---



KARENA FRAZIER

America's Servicing Company
PO Box 1820
Newark, NJ 07101-1820

**Shortage payment coupon for loan number:**

*Note: Due to changes in your taxes and insurance, your mortgage payment may increase even if you voluntarily decide to pay your shortage in full.*

Your escrow account review indicates a shortage of **$329.19**. For your convenience, we have spread this amount over **60** months and included it in your new monthly payment. However, you may choose to pay it in full and your monthly payment will be **$1,266.02**.

If you choose to pay this shortage in full now, please detach this coupon and mail it along with your check to the address that appears on this coupon. Wells Fargo Bank, N. A. may clear your check electronically. Receipt of your check will authorize us to process your payment as an electronic debit to the account on which the check was written.

*Please do not include this remittance with your monthly mortgage payment.*

*Escrow shortage payment:* **$329.19**
*New monthly payment if shortage is paid:* **$1,266.02**

For informational purposes     Loan number:

**The following information covers your projected escrow account activity from Oct 2012 to Sep 2013**

**Projected escrow account disbursements**
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| CITY TAX | 3,060.93 |
| HAZARD INS | 2,899.00 |
| Total disbursements | 5,959.93 |
| **Monthly escrow payment** | **496.66[1]** |

*1. Your monthly escrow payment is calculated by dividing the total disbursements by 12.*

**Projected escrow account activity for the next 12 months**

| | Anticipated payments ($) | | | Escrow balance ($) | |
|---|---|---|---|---|---|
| Date | To escrow | From escrow | Description | Projected | Required |
| Oct 2012 | | | Starting balance | 1,382.61 | 1,711.80 |
| Oct 2012 | 496.66 | 0.00 | | 1,879.27 | 2,208.46 |
| Nov 2012 | 496.66 | 0.00 | | 2,375.93 | 2,705.12 |
| Dec 2012 | 496.66 | 2,208.46 | HARPER WOODS CITY | 664.13[2] | 993.32[3] |
| Jan 2013 | 496.66 | 0.00 | | 1,160.79 | 1,489.98 |
| Feb 2013 | 496.66 | 0.00 | | 1,657.45 | 1,986.64 |
| Mar 2013 | 496.66 | 0.00 | | 2,154.11 | 2,483.30 |
| Apr 2013 | 496.66 | 0.00 | | 2,650.77 | 2,979.96 |
| May 2013 | 496.66 | 0.00 | | 3,147.43 | 3,476.62 |
| Jun 2013 | 496.66 | 2,899.00 | AAA INSURANCE | 745.09 | 1,074.28 |
| Jul 2013 | 496.66 | 0.00 | | 1,241.75 | 1,570.94 |
| Aug 2013 | 496.66 | 852.47 | HARPER WOODS CITY | 885.94 | 1,215.13 |
| Sep 2013 | 496.66 | 0.00 | | 1,382.60 | 1,711.79 |
| **Total** | **5,959.92** | **5,959.93** | | | |

These calculations indicate the projected escrow balance will be less than the required escrow balance. The resulting shortage is $329.19. If you choose to pay the shortage in full, the new monthly payment will be $1,266.02.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

*2. **Projected low point**. The point during the 12-month period at which the projected escrow balance will reach its lowest point.*

*3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.*

- *Your 2-month minimum escrow balance is **$993.32***
- *State law requires that this minimum escrow balance not exceed **$993.32***
- *Note: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.*

| | |
|---|---|
| **Information about your escrow account shortage** | |
| Your lowest projected escrow account balance (low point) ($) | 664.13 |
| Less your required minimum escrow account balance ($) | 993.32 |
| **This means your escrow account has a shortage of ($)** | **329.19** |

For informational purposes    Loan number: ▬

The following information covers your escrow account history activity from Jun 2010 to Sep 2012

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Jun 2010 | | | | | Starting balance | 2,250.45 | 11,701.15- |
| Jun 2010 | 321.49 | 1,003.00[1] | 0.00 | 0.00 | | 2,571.94 | 10,698.15- |
| Jul 2010 | 321.49 | 0.00[1] | 0.00 | 0.00 | | 2,893.43 | 10,698.15- |
| Aug 2010 | 321.49 | 787.76[1] | 1,362.09 | 1,088.91[1] | HARPER WOODS CITY | 1,852.83 | 10,999.30- |
| Sep 2010 | 321.49 | 321.49 | 0.00 | 0.00 | | 2,174.32 | 10,677.81- |
| Oct 2010 | 321.49 | 964.47[1] | 0.00 | 0.00 | | 2,495.81 | 9,713.34- |
| Nov 2010 | 321.49 | 321.49 | 0.00 | 0.00 | | 2,817.30 | 9,391.85- |
| Dec 2010 | 321.49 | 321.49 | 2,495.81 | 2,506.28[1] | HARPER WOODS CITY | 642.98 | 11,576.64- |
| Jan 2011 | 321.49 | 642.98[1] | 0.00 | 0.00 | | 964.47 | 10,933.66- |
| Feb 2011 | 321.49 | 321.49 | 0.00 | 0.00 | | 1,285.96 | 10,612.17- |
| Mar 2011 | 321.49 | 321.49 | 0.00 | 0.00 | | 1,607.45 | 10,290.68- |
| Apr 2011 | 321.49 | 1,373.87[1] | 0.00 | 0.00 | | 1,928.94 | 8,916.81- |
| May 2011 | 321.49 | 453.20[1] | 0.00 | 0.00 | | 2,250.43 | 8,463.61- |
| Jun 2011 | 0.00 | 453.20[1] | 0.00 | 0.00 | | 2,250.43 | 8,010.41- |
| Jul 2011 | 0.00 | 1,373.87[1] | 0.00 | 0.00 | | 2,250.43 | 6,636.54- |
| Aug 2011 | 0.00 | 453.20[1] | 0.00 | 921.53[1] | HARPER WOODS CITY | 2,250.43 | 7,104.87- |
| Sep 2011 | 0.00 | 453.21[1] | 0.00 | 0.00 | | 2,250.43 | 6,651.66- |
| Oct 2011 | 0.00 | 1,110.46[1] | 0.00 | 0.00 | | 2,250.43 | 5,541.20- |
| Nov 2011 | 0.00 | 321.50[1] | 0.00 | 0.00 | | 2,250.43 | 5,219.70- |
| Dec 2011 | 0.00 | 321.50[1] | 0.00 | 2,208.46[1] | HARPER WOODS CITY | 2,250.43 | 7,106.66- |
| Jan 2012 | 0.00 | 1,431.96[1] | 0.00 | 0.00 | | 2,250.43 | 5,674.70- |
| Apr 2012 | 0.00 | 643.00[1] | 0.00 | 0.00 | | 2,250.43 | 5,031.70- |
| Jun 2012 | 0.00 | 0.00 | 0.00 | 2,899.00[1] | AAA INSURANCE | 2,250.43 | 7,930.70- |
| Jul 2012 | 0.00 | 9,225.74[1] | 0.00 | 0.00 | | 2,250.43 | 1,295.04 |
| Aug 2012 est. | 0.00 | 470.02[1] | 0.00 | 852.47[1] | HARPER WOODS CITY | 2,250.43 | 912.59 |
| Sep 2012 est. | 0.00 | 470.02[1] | 0.00 | 0.00 | | 2,250.43 | 1,382.61 |
| **Totals** | **3,857.88** | **23,560.41** | **3,857.90** | **10,476.65** | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.